# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KENNETH W. DICKSON, JR. and <br> TAMMIE N. DICKSON, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | Case No. 1:22-cv-00123 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, *et seq.*, Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes this action originally filed in state court to the United States District Court for the Eastern District of Tennessee, and alleges as follows:

1. On April 18, 2022, the Tennessee Department of Commerce and Insurance was served with a summons and complaint in an action entitled *Kenneth W. Dickson, Jr. and Tammie N. Dickson v. State Farm Fire and Casualty Company*, Case No. 22-0248, filed April 12, 2022, in the Chancery Court for Hamilton County, Tennessee. State Farm was served with the summons and complaint on April 28, 2022. A true and accurate copy of all documents filed or served in the Chancery Court matter is attached as Exhibit 1.

2. This Notice of Removal is filed within thirty (30) days after receipt by State Farm, through service or otherwise, of the Complaint, and it is therefore timely filed under 28 U.S.C. § 1446(b).

3. The case stated by the Complaint served upon State Farm is removable to this Court pursuant to 28 U.S.C. § 1441, in that, according to the Complaint, Plaintiffs Kenneth Dickson and Tammie N. Dickson are residents of Hamilton County, Tennessee (Compl ¶¶ 2), and State Farm

is an insurance company organized and existing under the laws of the State of Illinois with its principal place of business in Bloomington, Illinois.

4. The above-described action is a civil action of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by State Farm pursuant to the provisions of 28 U.S.C. § 1441, in that complete diversity of citizenship exists between the parties. In addition, based on the Complaint, Plaintiffs are seeking damages in excess of $250,000.00, plus a 25% bad faith penalty under Tenn. Code Ann. § 56-7-105 for breach of contract and failure to pay. Thus, the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

5. Pursuant to 28 U.S.C. § 1446(d) State Farm will (1) file a copy of this Notice of Removal with the Chancery Court for Hamilton County, Tennessee, (2) provide prompt notice to Plaintiffs, and (3) file proof of all notices and filings with the Clerk of the United States District Court for the Eastern District of Tennessee. A copy of the Notice to be filed with the Chancery Court for Hamilton County, Tennessee is attached hereto as <u>Exhibit 2</u>.

6. By filing this Notice of Removal, State Farm does not waive any defense that may be available to it.

WHEREFORE, State Farm gives notice that the above pending action against it in the Chancery Court for Hamilton County, Tennessee has been removed therefrom to this Court.

DATED: May 18, 2022.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: *s/ Ashley Gibson*
Ashley Gibson (BPR No. 034140)
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
(423) 752-4403
(423) 756-3447 facsimile
abgibson@bakerdonelson.com

Brigid M. Carpenter (BPR No. 018134)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-7341
(615) 744-7341 facsimile
bcarpenter@bakerdonelson.com

*Attorneys for State Farm Fire & Casualty*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:

Frank P. Pinchak
Harry F. Burnette
711 Cherry Street
Chattanooga, TN 37402

this 18th day of May, 2022.

*s/ Ashley B. Gibson*
Ashley B. Gibson